IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY BONTEMPS, | No. 2:17-CV-0881-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| J. LEBECK, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the filing fees.[1] Plaintiff will be provided an opportunity to pay the filing fees and is cautioned that failure to do so may result in the dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110.

/ / /

/ / /

---

[1] Because plaintiff has had three or more prior cases dismissed for failure to state a claim, and because plaintiff's current complaint of a one-time incident where plaintiff was allegedly made to walk up two flights of stairs despite his disabled status does not indicate imminent danger, plaintiff is not entitled to in forma pauperis status. See 28 U.S.C. § 1915(g).

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff shall pay the full filing fees
2 of $350.00 within 30 days of the date of this order.

DATED: June 8, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE